ports the state court's conclusion does not render the state court's determination unreasonable. Thus, the state court's determination that Petitioner's trial counsel was effective was reasonable, and this Court should defer to it. *See* 28 U.S.C. § 2254(d).

Because the state-court finding and conclusion that Petitioner's counsel was effective was, in fact, reasonable, the district court did not err by reaching the same conclusion. Accordingly, we affirm the district court's dismissal of Petitioner's section 2254 habeas petition.

AFFIRMED.

Before EDMONDSON, Chief Judge, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Zack James Lawrence in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lawrence's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Zack James LAWRENCE,**
**Defendant–Appellant.**

**No. 08–14261**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 12, 2009.

Alison Wallace, Pelham, AL, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elijah WILLIAMS, Defendant–**
**Appellant.**

**No. 08–12360**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 12, 2009.